## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GREEN TREE SERVICING, LLC

           v.

REBECCA STRAUSBAUGH AND
MICHAEL J. STRAUSBAUGH


PETITION OF: MICHAEL J.
STRAUSBAUGH

: No. 256 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Motion for Leave to File a Reply to Respondent's Brief in Opposition and the Petition for Allowance of Appeal are **DENIED**.